**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 22-6609**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

LAWRENCE WAYNE REESE,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:15-cr-00032-LO-1)

———————————

Submitted:  January 20, 2023                Decided:  February 16, 2023

———————————

Before KING, Circuit Judge, and KEENAN and FLOYD, Senior Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Lawrence Wayne Reese, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Wayne Reese appeals the district court's order denying his motions for compassionate release and reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Reese*, No. 1:15-cr-00032-LO-1 (E.D. Va. filed Mar. 22, 2022 & entered Mar. 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*